IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM R. COUCH, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00518 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| R. MATHENA, et al., ) | By: Hon. Michael F. Urbanski |
| Defendants. ) | United States Magistrate Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** that defendants' motion to dismiss is **GRANTED**; this action shall be and hereby is **DISMISSED** for failure to state a claim; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 31 day of January, 2009.

United States Magistrate Judge